IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA,                :

    v.                                                           :             CASE NO:

                                             :             7:23-cr-76–WLS-ALS

LAWSON BURGMAN, JR.,                       :

       Defendant.                                     :

                                        :

## ORDER

The Court intends to notice this case for the August 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED** this 15th day of May, 2026.

                            /s/W. Louis Sands
                            W. LOUIS SANDS, SR. JUDGE
                            UNITED STATES DISTRICT COURT

1