**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>BURGMAN,<br><br>Defendant. | Case No.: 7:23-cr-00076-WLS-ALS-1 |

**ORDER**

The Court intends to notice this case for the February 2027 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than November 10, 2026, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

**SO ORDERED**, this 2nd day of November, 2026.

**/s/** W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**